UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JAMES C VAUGHN, JR.  
    NANCY A VAUGHN  
        Debtor(s)

Case No. 10-13278

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/26/2010.

2) The plan was confirmed on 05/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/24/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $12,339.00.

10) Amount of unsecured claims discharged without payment: $135,904.44.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $35,632.00 |
| Less amount refunded to debtor | $292.00 |
| **NET RECEIPTS:** | **$35,340.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,502.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,902.50** |

Attorney fees paid and disclosed by debtor:    $100.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| AMERICA ONLINE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ORTHOPEDIC | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| BRADLEY P DAVID | Unsecured | 32,700.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CENTURIAN CAPITAL CORP | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED RECOVERY SYSTEM | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 220.00 | 512.40 | 512.40 | 111.86 | 0.00 |
| COMCAST | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CRA SECURITY SYSTEMS | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| DIANE MOHR | Unsecured | 33,000.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 3,450.00 | NA | NA | 0.00 | 0.00 |
| ELGIN CARE CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ELGIN CITY EMPLOYEES CU | Unsecured | 11,000.00 | 11,429.23 | 11,429.23 | 2,495.14 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ELGIN DENTAL PROFILE | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| ENLOE DRUGS | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY LABORATORY PHYS | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY NEUROLOGY | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| GQ | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY PHYS | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| HANDY MANS CLUB | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 448.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 319.91 | 319.91 | 69.84 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,909.00 | 6,559.47 | 6,559.47 | 6,559.47 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 576.00 | 7,084.50 | 7,084.50 | 1,546.63 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 811.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 150.00 | 92.35 | 92.35 | 20.16 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 700.00 | 407.35 | 407.35 | 88.93 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 483.28 | 483.28 | 105.51 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| KHANNA & KHANNA MD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| LEE LICHTENBERG MD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MEA AEA LLC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER ANESTHESIA | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 187.44 | 187.44 | 40.92 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 2,260.74 | 2,260.74 | 493.55 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 15,000.00 | 12,772.21 | 12,772.21 | 2,788.32 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 750.00 | 687.09 | 687.09 | 150.00 | 0.00 |
| MRC RECEIVABLES HOUSEHOLD BK | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| NADIA & NOREEN KARADHEH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTION | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST HEALTH CARE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Unsecured | 1,235.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| PRACTICE MGMT DYNAMICS INC | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| PREFERRED CASH | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 100.00 | 76.32 | 76.32 | 16.66 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 13,975.00 | 13,975.00 | 13,975.00 | 13,975.00 | 1,041.56 |
| SANTANDER CONSUMER USA | Unsecured | NA | 210.50 | 210.50 | 45.95 | 0.00 |
| SHAH MEDICAL CENTER SC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 4,100.00 | NA | NA | 0.00 | 0.00 |
| SYED MUNZIR MD | Unsecured | 2,238.00 | 2,238.00 | 2,238.00 | 488.58 | 0.00 |
| T MOBILE | Unsecured | 500.00 | 237.04 | 237.04 | 51.75 | 0.00 |
| TCF BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| UNITED ANESTHESIA ASSOC | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL SYNDICATIONS INC | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | NA | 1,592.55 | 1,592.55 | 347.67 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ZALUTSKY & PINSKI | Unsecured | 1,475.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,975.00 | $13,975.00 | $1,041.56 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,975.00** | **$13,975.00** | **$1,041.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,559.47 | $6,559.47 | $0.00 |
| **TOTAL PRIORITY:** | **$6,559.47** | **$6,559.47** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,590.91** | **$8,861.47** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,902.50 |
| Disbursements to Creditors | $30,437.50 |
| **TOTAL DISBURSEMENTS:** | **$35,340.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/09/2015                              By: /s/ Glenn Stearns
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**